# UNITED STATES DISTRICT COURT

for the

District of Alaska

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| MICHAEL LEE GRAVES | ) | Case No. 3:19-mj-00206-DMS |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____MAY 7, 2019_____ in the county of _____Anchorage_____ in the _____ District of _____Alaska_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. s. 922(o) | Possession of a Machinegun |
| 28 U.S.C. s. 5861(d) | Possession of Unregistered Firearm (Silencer) |

This criminal complaint is based on these facts:

See attached affidavit of SA Josh Rongitsch.

❏ Continued on the attached sheet.

_____
*Complainant's signature*

FBI Special Agent Josh Rongitsch
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 5-9-19

City and state: _____Anchorage, Alaska_____

/S/ DEBORAH M. SMITH
CHIEF U.S. MAGISTRATE JUDGE
SIGNATURE REDACTED
*Judge's signature*

Magistrate Judge Deborah Smith
*Printed name and title*