BRYAN SCHRODER
United States Attorney

KIMBERLY R. SAYERS-FAY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: kim.sayers-fay@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. |
| | ) |
| Plaintiff, | ) <u>COUNT 1</u>: |
| | ) ILLEGAL POSSESSION OF A |
| v. | ) MACHINEGUN |
| | )   Vio. of 18 U.S.C. §§ 922(o) and |
| MICHAEL LEE GRAVES, | ) 924(a)(2) |
| | ) |
| Defendant. | ) <u>COUNT 2</u>: |
| | ) MAKING A FIREARM IN |
| | ) VIOLATION OF THE NFA |
| | )   Vio. of 26 U.S.C. §§ 5822, 5861(f), |
| | ) and 5871 |
| | ) |
| | ) <u>COUNT 3</u>: |
| | ) POSSESSION OF AN |
| | ) UNREGISTERED FIREARM |
| | )   Vio. of 26 U.S.C. §§ 5861(d) and |
| | ) 5871 |
| | ) |
| | ) <u>CRIMINAL FORFEITURE</u> |
| | ) <u>ALLEGATION</u>: |
| | )   26 U.S.C. § 5872 & 28 U.S.C. 2461(c) |
| | ) |

I N D I C T M E N T

The Grand Jury charges that:

COUNT 1

On or about May 7, 2019, within the District of Alaska, the defendant, MICHAEL LEE GRAVES, did knowingly possess a machinegun, that is, a full auto conversion device for a Glock handgun that is designed and intended solely and exclusively for use in converting a weapon into a machinegun.

All of which is in violation of 18 U.S.C. §§ 922(o) and 924(a)(2).

COUNT 2

On or about May 7, 2019, within the District of Alaska, the defendant, MICHAEL LEE GRAVES, knowingly made a firearm, to wit: a silencer(s).

All of which is in violation of 26 U.S.C. §§ 5822, 5861(f), and 5871.

COUNT 3

On or about May 7, 2019, within the District of Alaska, the defendant, MICHAEL LEE GRAVES, knowingly received and possessed firearms not registered to him in the National Firearms Registration and Transfer Record, to wit: silencers.

All of which is in violation of 26 U.S.C. § 5861(d) & 5871.

CRIMINAL FORFEITURE ALLEGATION

The allegations contained in Counts 1 through 3 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 28 U.S.C. § 2461(c).

Upon conviction of Count 2 or 3 of the indictment, Defendant MICHAEL LEE GRAVES shall, pursuant to 26 U.S.C. § 5872, forfeit to the United States any firearm involved in or used in any knowing commission of such violations, including but not limited to:

    a)   a machinegun seized on May 7, 2019.

    b)   silencers seized on May 7, 2019.

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Kimberly R. Sayers-Fay
KIMBERLY R. SAYERS-FAY
Assistant U.S. Attorney
United States of America

s/ Bryan Schroder
BRYAN SCHRODER
United States Attorney
United States of America

DATE: 05/21/2019