Ben Crittenden
Allen N. Dayan
750 w 2sd Ave ste 200.
Anchorage, AK  99501
(907) 277-2330

Attorneys for:
Defendant  Michael Graves

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) Case no. 3;19-cr-00055-TMB |
| | ) |
| Michael Graves, | ) |
| | ) |
| Defendant. | ) |

**STATUS REPORT**

COMES NOW the Defendant, Michael Graves, by and through his counsel Allen N. Dayan And Benjamin Crittenden and informs the Court that defense counsel have received only promises but no discovery. Defense counsel will file a motion to compel tomorrow morning if discovery has not been received.

A period of excludable delay under 18 U.S.C. 3161(h) may occur as a result of the filing/granting/denying of the Defendant's motion.

DATED this  24th   day of June, 2019, at Anchorage, Alaska.

ALLEN N. DAYAN
Attorney for Defendant
AbA8811179

1

```
                                        MichaelGraves
                                             /s/
                                        Allen N. Dayan
```

CERTIFICATE OF SERVICE
I certify that a true and
correct copy of the foregoing
was mailed/faxed/delivered to:

Kim Sayers -Fey
Assistant U.S. Attorney
Federal Building, U.S. Courthouse
222 W. 7th Avenue, Room 253
Anchorage, Alaska  99513-7567


By: _____s_____
Date:6/24/19

2

3