```
ALLEN N. DAYAN
Benjamin Crittenden
750 West 2sd Avenue, Suite 200
Anchorage, AK  99501
Phone: (907) 771-9002
Email: Ben@crittendenlawoffice.com
Attorney for:
Defendant, Michael Graves
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 3:19-TMJ-55-DMS |
| ) | |
| Michael Graves, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### DEFENDANT MICHAEL GRAVES TRIAL BRIEF

Defendant, Michael Graves intends to change his plea as soon as he has reviewed his plea agreement and all the discovery. Mr, Graves requests a change of plea date for the last week of October or the first week of November. Everything should be in place at that time.

DATED this 2sd day of October, 2019, at Anchorage, Alaska.

```
                          ALLEN D. DAYAN
                          Attorney for Defendant
                          Michael Graves
```

                    /s/

Allen N. Dayan ABA 8811179
Anchorage, Alaska 99501
Phone: 907-277-2330
Fax: 907-277-7780
Email: allendayan@yahoo.com
Alaska Bar No. 8811179

Certificate of Service
I hereby certify that on 3rd day of October, 2019 a copy of the foregoing was Electronically Served on:
ASUSA Kimberly Sayers Fay
s/Allen N. Dayan