# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case Number: 3:19-CR-00055-001-TMB |
| vs. ) | |
| ) | ORDER ON PETITION |
| MICHAEL LEE GRAVES ) | |

Based on the *Request for Modification of Conditions or Term of Supervised Release* filed on May 31, 2022, regarding the above-named defendant, **IT IS HEREBY ORDERED that**:

[ ]  No action.

[X]  The modification of conditions as follows:

Condition(s) to be removed:

The defendant shall not possess or use a computer or internet capable device without the expressed written permission of his probation officer. If authorized by the probation officer to have access to a computer device, the defendant shall agree to and allow the installation of monitoring software/hardware on the device(s). The defendant may be required to pay for all or a portion of any monitoring program. The defendant shall permit routine inspection of his computer device(s) or any other computer system maintained at the defendant's residence to include, but not limited to, external hard-drives, thumb drives, gaming systems, and/or cloud storage under his control. The inspection shall be no more intrusive than is necessary to ensure compliance with the defendant's conditions of supervision. Failure to strictly adhere to this condition may be grounds for revocation.

Condition(s) to be modified:

The defendant shall submit to a warrantless search of person, residence, vehicle, personal effects, place of employment, and other property by a federal probation or pretrial services officer or other law enforcement officer, based upon reasonable suspicion of contraband, a violation of a condition of supervision, or a violation of law. Contraband includes, but is not limited to, any computers, electronic media, videotapes, CD's, DVD's, Zip drives, PDA's or other electronic media storage device. Failure to submit to a search may be grounds for revocation.

[ ]  Submit a Request for Warrant or Summons.

[ ]  Court orders the defendant to appear for a status hearing scheduled for _____.

[ ]  Other: _____

Dated this 3rd day of June, 2022.

/s/ *Timothy M. Burgess*
Honorable Timothy M. Burgess
United States District Judge